IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITIGROUP GLOBAL MARKETS INC.,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MUNICIPAL ELECTRIC AUTHORITY OF GEORGIA,<br><br>　　　　　　Defendant. | No. 14 Civ. 2903 (AKH) |

### NOTICE OF MOTION FOR PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE THAT, upon the accompanying declaration of Eli B. Richlin dated May 16, 2014, and the exhibits annexed thereto, the accompanying memorandum of law, and all other papers and proceedings herein, plaintiff Citigroup Global Markets Inc. will move this Court, before the Honorable Alvin K. Hellerstein, United States District Judge for the Southern District of New York, at a date and time as determined by the Court, at the United States Courthouse, Courtroom 14D, 500 Pearl Street, New York, New York 10007, for an order, pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, preliminarily enjoining defendant Municipal Electric Authority of Georgia from pursuing the arbitration pending before FINRA, *Municipal Electric Authority of Georgia* v. *Citigroup Global Markets Inc.,* FINRA No. 14-00555.

Dated: May 16, 2014
       New York, New York

                        Respectfully submitted,

                        PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

                        By: /s/ Audra J. Soloway

                              Audra J. Soloway
                              Andrew J. Ehrlich
                              Elizabeth G. McCabe
                              Eli B. Richlin
                              asoloway@paulweiss.com
                              aehrlich@paulweiss.com
                              emccabe@paulweiss.com
                              erichlin@paulweiss.com

                        1285 Avenue of the Americas
                        New York, New York 10019
                        Telephone: (212) 373-3000
                        Facsimile: (212) 757-3990

                        *Attorneys for Plaintiff Citigroup Global Markets Inc.*

TO:         Frank Iacono
              Iacono Law LLC
              6 Donald Court West
              Blue Point, NY 11715